IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRIS TAYLOR, AIS # 206256,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0377-CG-N |
| **CYNTHIA WHITE, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 7th day of February, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE